UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| MICHAEL WAYNE JOHNSON | : | VIOLATION: |
| | : | 18 U.S.C. § 1001 |
| Defendant. | : | (Making a False Statement) |

## INFORMATION

The United States Attorney charges:

## COUNT ONE
(Making a False Statement)

1. At all times material to this Information, defendant **MICHAEL WAYNE JOHNSON** **("JOHNSON")** was employed as a Background Investigator for the United States Office of Personnel Management ("OPM"), an agency within the executive branch of the federal government and headquartered in Washington, D.C. He was assigned to the National Background Investigations Bureau ("NBIB"), formerly known as Federal Investigative Services ("FIS"), where his job was to conduct background investigations.

2. On or about January 25, 2016, in the District of Columbia and elsewhere, defendant **JOHNSON,** in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that in a Report of Investigation of a background investigation of

H.A.M., defendant **JOHNSON** represented that he had interviewed V.S. about H.A.M, when, in truth and in fact, defendant **JOHNSON** had not interviewed V.S., who is an acquaintance of H.A.M.

**(Making a False Statement in Violation of Title 18, United States Code, Section 1001)**

                                        MICHAEL R. SHERWIN
                                        Acting United States Attorney for the
                                        District of Columbia

By:   _____
       BIANCA M. FORDE
       N.Y. Bar # 4647509
       Public Corruption & Civil Rights Section
       555 Fourth Street, N.W., 5th Floor
       Washington, DC 20530
       (202) 252-1706
       Bianca.forde@usdoj.gov